UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 2:17-CR-164(15)
CHIEF JUDGE EDMUND A. SARGUS, JR.

v.

JOSE BONILLA-MEJIA,
a/k/a Espia,

    Defendant.

## OPINION AND ORDER

The Court hereby **APPOINTS** Andrew P. Avellano as counsel for Jose Bonilla-Mejia. The Court finds both Mr. Avellano is learned in the law applicable to capital cases. Mr. Avellano has has "distinguished prior experience in state death penalty trials, appeals, or post-conviction review that, in combination with co-counsel, will assure high-quality representation." *Guide to Judicial Policies and Procedure*, Vol. 7, Ch. 6, Federal Death Penalty and Capital Habeas Corpus Representations, at § 620.30(e).

**IT IS SO ORDERED.**

6-28-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE