UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**JOSE BONILLA-MEJIA,**
a/k/a Espia,

    **Defendant.**

Case No. 2:17-CR-164(15)
**CHIEF JUDGE EDMUND A. SARGUS, JR.**

### OPINION AND ORDER

The Court hereby **APPOINTS** Dennis C. Belli as counsel for Jose Bonilla-Mejia. The Court finds Mr. Belli is learned in the law applicable to capital cases. Mr. Belli is "well qualified, by virtue of [his] prior defense experience, training, and commitment, to serve as counsel in this highly specialized and demanding litigation," and has "distinguished prior experience in the trial, appeal, or post-conviction review of" state and federal death penalty cases "that, in combination with co-counsel, will assure high-quality representation." *Guide to Judicial Policies and Procedure*, Vol. 7, Ch. 6, Federal Death Penalty and Capital Habeas Corpus Representations, at § 620.30(d) and (e).

**IT IS SO ORDERED.**

7-19-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE